Denied January 10, 1879.

Held that the common council could not institute such proceedings, except on application by responsible and interested parties, and it did not appear that such parties had been before or had applied to the council.

**625 CITY OF DETROIT vs. RECORDERS' COURT JUDGE (Detroit), No. 15152; 66 N. W., 587; 2 D. L. N., 979.**

To vacate order quashing street opening proceedings instituted under Secs. 3064a to 3064y, How. Stat.

Denied December 31, 1895, with costs, on the ground that Act No. 467, Local Acts 1895, superceded the provisions of the statute under which the proceedings were taken.

The case involved the question of the validity of said Act No. 467, which was passed previous to the last five days of the session, but was not approved by the governor until after the adjournment of the legislature.

**626 CITY OF DETROIT vs. RECORDERS' COURT JUDGE (Detroit), No. 16083; 4 D. L. N., 114; 71 N. W., 149.**

To vacate an order quashing certain street opening proceedings, instituted under Act No. 467, Local Acts of 1895.

The trial court held the act void and the Supreme Court affirmed that determination and denied the writ, May 11, 1897, with costs.

**627 SCHOOL DISTRICT NO. 7 (Port Huron) vs. CIRCUIT JUDGE (St. Clair) No. 14477½.**

To compel respondent to vacate an order dismissing certain proceedings instituted under How. Stat., Sec. 5114 to 5128, to condemn a parcel of land for a school site.

Order to show cause denied Oct. 23, 1894.